IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**February 24, 2006**

Charles R. Fulbruge III
Clerk

_____

No. 05-40002
Conference Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RUBEN DE LEON-GARCIA,

Defendant-Appellant.

--------------------
Appeal from the United States District
for the Southern District of Texas
USDC No. 1:00-CR-350-ALL
--------------------

Before GARZA, DENNIS, and PRADO, Circuit Judges.

PER CURIAM:*

    The Federal Public Defender appointed to represent Ruben De Leon-Garcia has moved for leave to withdraw and has filed a brief in accordance with Anders v. California, 386 U.S. 738 (1967).  De Leon-Garcia was informed of his right to file a response, but he has not done so.  Our independent review of the brief and the record discloses no nonfrivolous issues for appeal.  Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.  See 5TH CIR. R. 42.2.

_____

    * Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.